THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN THOMAS, Appellant. [878 NYS2d 619]—Judgments, Su-

preme Court, Bronx County (Efrain Alvarado, J.), rendered March 4, 2008, convicting defendant, upon his pleas of guilty, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him to concurrent terms of 1½ years, unanimously affirmed.

Defendant's argument that his plea was rendered involuntary by the court's failure to mention the mandatory surcharges and fees during the plea allocution is without merit (*see People v Hoti*, 12 NY3d 742 [2009]). Furthermore, the surcharges and fees were properly imposed (*see People v Guerrero*, 12 NY3d 45 [2009]).

Defendant's excessive sentence claim is foreclosed by his valid waiver of his right to appeal. In any event, we perceive no basis to reduce the two-year term of postrelease supervision. Concur— Andrias, J.P., Saxe, Sweeny, Nardelli and Freedman, JJ.